FILED

05/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0146

# IN THE SUPREME COURT OF THE STATE OF MONTANA

_____

## Supreme Court Cause No.: DA 20-0146

_____

TED SEE and CORBIN SEE,

      Plaintiffs and Appellees

v.


CHRISTENSEN RANCH PARTNERSHIP, a Montana Partnership, and CHRIS D. CHRISTENSEN,


      Defendants and Appellants.

---

On Appeal from the Seventeenth Judicial District Court, Valley County
Cause No.:  DV 2018-10

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

_APPEARANCES_:

Matthew W. Knierim
Christofferson & Knierim
630 Second Avenue South, Suite E
P.O. Box 29
Glasgow, MT 59230
Telephone: (406) 228-2487
Email: 2matt@nemont.net
_Attorney for Defendants / Appellants_

Bruce A. Fredrickson
Kristin L. Omvig
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone:  (406) 314-6011
Facsimile:  (406) 314-6012
E-mail:  bruce@rmtlawp.com
      kristin@rmtlawp.com
_Attorneys for Plaintiffs / Appellees Ted See and Corbin See_

[1]

Based upon the Stipulation for Dismissal with Prejudice signed and submitted by counsel for the parties to this action, and good cause appearing,

IT IS HEREBY ORDERED that the action stated in Montana Supreme Court Cause No. DA 20-0146 be and hereby is dismissed in its entirety and with prejudice, never to be brought again.

cc: Kristin L. Omvig
Matthew W. Knierim

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2020